**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>MATTHEW PODLASKI | No. No. 1:23-cr-00101-LEW |

**PROSECUTION VERSION OF THE OFFENSE**

  Between about October 1, 2022, and about December 22, 2022, in the District of Maine, the defendant Matthew Podlaski, knowingly possessed child pornography as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported in interstate and foreign commerce by any means, including by computer, and was produced using materials that had moved in interstate and foreign commerce. Specifically, the defendant possessed images of child pornography that had been transmitted by computer using the internet.  These images were possessed by the defendant in electronic media that was manufactured outside the State of Maine, and many involved prepubescent minors or minors who had not attained 12 years of age.

  In the months leading to October 2022, and continuing into December 2022, Podlaski used the internet to search for and download images of child pornography, which he later saved to his electronic storage devices.  Many of the files Podlaski downloaded and saved had filenames indicative of child pornography, including one video entitled "(Pthc) TF-BTF-01 – Man Gets In Bed With Hot 7yo.mpg" which depicts a girl of about 7, identifiable as such by size and lack of secondary sexual development, with an adult male on a bed.  The man manipulates the girl's genitals, rubs his penis against her genitals, and prompts the girl to manipulate his penis and put his penis in

her mouth. Another video, entitled "(PTHC) Kelly 8yo – Sucking and Trying Fuck.avi," shows a girl of about 8, also age-identifiable by relative size, facial features, and lack of secondary sexual development, nude on a bed. The girl is joined on the bed by an adult male; the girl performs oral sex on the male, and the male later attempts to anally penetrate the girl with his erect penis.

The defendant kept many of the images in user-created files on an internal SSD storage device. Additional forensic examination on Podlaski's computing equipment revealed that he had used several devices view child pornography, and had backed up the computer used to view child pornography using multiple drives.

If this case were to proceed to trial, the government would have produced the computing devices and the child pornography found therein, as well as testimony of agents who seized the computer equipment from the defendant's bedroom inside his house, and expert testimony demonstrating:

- That the computing equipment seized by the defendant also contained personal files indicating that Podlaski was the owner and user of the devices;
- That many child-pornography files were deliberately saved by the user in user-created folders;
- That Podlaski had used the internet to search for child pornography using search terms indicative of child pornography, including "child porn" and "PEDOMOM," and that these searches and websites were stored in the computer's internet history;
- That certain forensic artifacts on the computer, including LNK files and shell bags with child-pornography filenames, indicated that the Podalski had repeatedly viewed such files on his computer; and

2

- That some artifacts indicated that the BitTorrent peer-to-peer filing sharing network had been used on the defendant's computing devices, and that some searches for child pornography were related looking for "magnet files" and "torrents" related to the BitTorrent network.

The government would also have produced testimony and physical evidence that the defendant's computer was capable of connecting to the interest from his home, and that the computing equipment used had been manufactured outside the United States and had travelled in interstate and foreign commerce prior to having child pornography stored on it.

Respectfully submitted, this 6th day of May, 2024.

DARCIE N. MCELWEE
UNITED STATES ATTORNEY

**BY: /s/ CHRIS RUGE**
CHRIS RUGE
Assistant U.S. Attorney
United States Attorney's Office
202 Harlow Street, Suite 111
Bangor, ME 04401
(207) 945-0373
Chris.ruge@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 6, 2024, I electronically filed the attached pleading using the CM/ECF system which will send notification of such filing(s) to the following:

Donald Brown, Esq.

                                      Darcie N. McElwee
                                      United States Attorney

                                      BY:  /s/ Chris Ruge
                                      Chris Ruge
                                      Assistant U.S. Attorney
                                      United States Attorney's Office
                                      202 Harlow Street, Suite 111
                                      Bangor, ME 04401
                                      (207) 945-0373
                                      Chris.ruge@usdoj.gov